UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOHLAND,<br><br>    Plaintiff(s),<br><br>  v.<br><br>BAUER, et al.,<br><br>    Defendant(s). | NO. C10-1213MJP |
| IN RE CELL THERAPEUTICS, INC.<br>DERIVATIVE LITIGATION | NO. C10-564MJP |
| This document relates to:<br>    All Actions. | MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court currently has pending before it two similar Motions for Consolidation and Reconsideration: one by Plaintiff Souda in the consolidated matter (Dkt. No. 20) and one in the Bohland matter (Dkt. No. 5 in C10-1213; Dkt. No. 32 in C10-564). The motion in C10-564 is ripe; the Bohland motion does not come ripe until August 13, 2010.

As the issues are identical in both motions (is consolidation appropriate and should the Court

MINUTE ORDER

reconsider its order of May 7, 2010 appointing lead and liaison counsel in the consolidated matter?), the Court will not require responses from the Defendants above and beyond what has already been filed in C10-564.  If nothing further is filed, the Court will assume that the responses are identical.

The parties are further advised that the ruling on these motions will not be forthcoming until September.

Filed this 6th day of August, 2010.

                                        BRUCE RIFKIN, Clerk

                                        By      /s Mary Duett
                                                   Deputy Clerk

MINUTE ORDER